No. 88–1158. PEREZ ET AL. *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 88–1162. MOORE *v.* CITY OF RICHMOND ET AL. Sup. Ct. Va. Certiorari denied.

No. 88–1164. SPECTRON BROADCASTING CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 88–1167. DANIEL CONSTRUCTION CO., A DIVISION OF DANIEL INTERNATIONAL CORP. *v.* LOCAL 257, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–1171. GRAHAM *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–1189. KETCHUM *v.* ADMINISTRATOR, ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 88–5188. BENNETT *v.* CORROON & BLACK CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–5438. TERREBONNE *v.* BUTLER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 88–5573. CONN *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 88–5715. GATES *v.* VASQUEZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–5754. RONNING *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 88–5802. HAWLEY ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88–5825. STOKES *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.